UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EXTENDED STAY, INC. *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 09-13764 (JMP)<br><br>(Jointly Administered) |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the EXTENDED STAY LITIGATION TRUST,<br><br>HOBART TRUESDELL, as Trustee for and on behalf of the EXTENDED STAY LITIGATION TRUST, and<br><br>THE EXTENDED STAY LITIGATION TRUST,<br><br>      Plaintiffs,<br><br>      v.<br><br>ARCHON GROUP, L.P., individually and as servicer; STARWOOD CAPITAL GROUP GLOBAL, L.P.; DEBT U ESH, L.P.; DEBT II ESH, L.P.; WACHOVIA BANK, NATIONAL ASSOCIATION; SQUARE MILE CAPITAL MANAGEMENT, LLC; ESH OWNER, LLC; KEYBANK, NATIONAL ASSOCIATION; U.S. BANK NATIONAL ASSOCIATION, not individually but solely as Trustee for Maiden Lane Commercial Mortgage-Backed Securities Trust 2008-1, Maiden Lane Commercial Mortgage-Backed Securities Trust 2008-1 and the Federal Reserve Bank of New York; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Adv. Pro. No. 11-2259 (JMP)<br><br><br><br>**NOTICE OF DISMISSAL**<br> **WITH PREJUDICE** |

   **PLEASE TAKE NOTICE THAT**, pursuant to the Court's Order Appointing Successor Litigation Trustee and Approving Amendment to Litigation Trust Agreement, dated August 28, 2012 (the "August 28 Order"), Rule 7041 of the Federal Rules of Bankruptcy

1

Procedure, and the Amendment to the Extended Stay Litigation Trust Agreement, approved by the Court's August 28 Order, this adversary proceeding (Adv. Proc. No. 11-02259 (JMP)), including all claims and counter-claims asserted therein, is hereby dismissed in its entirety with prejudice and without costs to any party against any other. Accordingly, this adversary proceeding is hereby closed.

Dated: September 26, 2012

**VENABLE LLP**

By: /s/ Gregory A. Cross
    Gregory A. Cross

Gregory A. Cross
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: 410-244-7400

- and -

Carollynn H.G. Callari
Michael Schatzow
Venable LLP
Rockefeller Center, 24th Floor
1270 Avenue of the Americas
New York, New York 10020
Tel: 212-307-5500

*Counsel for Plaintiffs, the Extended Stay Litigation Trust and Finbarr O'Connor, as Successor Trustee of the Extended Stay Litigation Trust*